IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02290-BNB

RUSSELL FOREMAN,

    Plaintiff,

v.

JOE PELLE, Boulder County Sheriff,
COUNTY OF BOULDER, and JOHN
DOES #'s1-3,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge and, if applicable, to a **magistrate** judge.  See D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge and, if applicable, to a **magistrate** judge.

DATED September 4, 2014, at Denver, Colorado.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge