IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02290-PAB-KLM

RUSSELL FOREMAN,

     Plaintiff,

v.

JOE PELLE, Boulder County Sheriff,
COUNTY OF BOULDER,
JOHN DOE #1, Deputy sheriff working in medium housing unit on 1/19/2014,
JOHN DOE #2, Deputy sheriff working in medium housing unit on 1/26/2014, and
JOHN DOE #3, Deputy sheriff working in medium housing unit on 2/02/2014,

     Defendants.

---

## MINUTE ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

This matter is before the Court on Plaintiff's **Motion for Status of Case** [#15] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#15] is **GRANTED** to the extent that the Court explains the following.  (1) The next proceeding will be the Scheduling Conference, as set below.  (2) Defendants were served and filed an Answer [#14] on October 16, 2014.  (3) The discovery period will not begin until after the Scheduling Conference is held.

IT IS FURTHER **ORDERED** that a preliminary Scheduling Conference is set for **December 8, 2014** at **11:00 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C.COLO.LCivR. 16.1 and 16.2.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions or responses, and what discovery, if any, will be needed.  Plaintiff and his case manager shall contact the court at: **(303) 335-2770** on the above date and time in order to participate.  The form of a proposed Scheduling Order is attached for reference, **but need not be completed prior to the Scheduling Conference.**

IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: doc_service_of_process@state.co.us. and shall mail a courtesy copy to the case manager for Plaintiff at his facility.

Dated:  November 14, 2014