IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02290-PAB-KLM

RUSSELL FOREMAN,

    Plaintiff,

v.

JOE PELLE, Boulder County Sheriff,
COUNTY OF BOULDER,
JOHN DOE #1, Deputy sheriff working in medium housing unit on 1/19/2014,
JOHN DOE #2, Deputy sheriff working in medium housing unit on 1/26/2014, and
JOHN DOE #3, Deputy sheriff working in medium housing unit on 2/02/2014,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Compel Production Under Fed. R. Civ. P. 45(d)(2)(B)(i)** [#27] (the "First Motion") and on Defendants' **Motion to Compel Production Under Fed. R. Civ. P. 45(d)(2)(B)(i)** [#29] (the "Second Motion"). Despite ample opportunity in which to do so, Plaintiff has not filed a response to either Motion.

    Defendants seek a Court Order directing the Jefferson County Sheriff's Office ("JCSO") and the Colorado Department of Corrections ("CDOC") to produce the medical files and all medical records for Plaintiff while he was held in the Jefferson County Detention Facility for the period of time from November 18, 2013 through April 30, 2014. Defendants also seek these documents from JCSO's medical contractor Correct Care Solutions ("CCS"), but there is no indication that that entity has been served with a subpoena. Plaintiff has not signed the HIPAA-compliant release provided by Defendants, but JCSO and CDOC have indicated that, in the absence of such a release, they will release the requested documents if ordered by the Court. *See* [#27-1]; [#29-1]. Having examined the Amended Complaint [#7], the Court finds that Plaintiff's medical file and medical records are relevant for the period indicated above. Accordingly,

    IT IS HEREBY **ORDERED** that the First Motion [#27] is **GRANTED in part and DENIED in part**. The Motion is **granted** as follows: to the extent JCSO has documents

that are responsive to Defendants' subpoena, *see Motion* [#27] at 2, JCSO shall produce such documents **on or before August 28, 2015**. Defendants shall treat all produced medical documents as confidential and shall not disclose them to anyone other than the parties to this litigation and the Court, absent further order of Court. In the absence of a subpoena directed as CCS, the Motion is **denied** to the extent Defendants seek an order compelling CCS to produce Plaintiff's medical files and medical records.

IT IS FURTHER **ORDERED** that the Second Motion [#29] is **GRANTED**. To the extent CDOC has documents that are responsive to Defendants' subpoena, *see Motion* [#29] at 2, CDOC shall produce such documents **on or before August 28, 2015**. Defendants shall treat all produced medical documents as confidential and shall not disclose them to anyone other than the parties to this litigation and the Court, absent further order of Court.

Dated: July 29, 2015